IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -2 PM 5: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Nos. 97-20234 Ml |
| | ) | 97-20235 Ml |
| v. | ) | 97-20236 Ml |
| | ) | 97-20237 Ml |
| EDDIE D. JETER, | ) | 97-20238 Ml |
| | ) | 97-20239 Ml |
| Defendant. | ) | 97-20240 Ml |
| | ) | 97-20441 Ml |

ORDER GRANTING EXTENSION OF TIME TO SURRENDER

Before the Court is the Defendant's motion to continue his surrender date (Defendant's current surrender date is September 6, 2005), filed September 2, 2005. The Defendant requests an additional thirty (30) days in order to continue his recovery from a recent heart catherization and to determine if additional heart surgery and possible eye surgery will be necessary.

The Defendant's motion is hereby GRANTED.

IT IS SO ORDERED THIS 2 DAY OF September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet
with Rule 55 and/or 32(b) FRCrP on  9-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 219 in case 2:97-CR-20239 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT