**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY JPM D.C.

05 NOV -2 PM 5: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | Nos. | 97-20234-Ml |
| | ) | | 97-20235-Ml |
| Plaintiff, | ) | | 97-20236-Ml |
| | ) | | 97-20237-Ml |
| VS | ) | | 97-20238-Ml |
| | ) | | 97-20239-Ml ✓ |
| EDDIE D. JETER | ) | | 97-20240-Ml |
| | ) | | 97-20241-Ml |
| Defendant. | ) | | 05-20014-Ml |

## \*E-X-T-E-N-D-E-D ORDER TO SURRENDER

The defendant, Eddie D. Jeter, having been sentenced in the above case to the custody of the

Bureau of Prisons and having been granted leave by the Court to report to the designated facility,

**IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI-MEMPHIS**

**(SCP), 1101 John A. Denie Road, Memphis, TN 38138** by **2:00 P.M., \*FRIDAY, JANUARY 6,**

**2006.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall

report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242,

Memphis, Tennessee  38103 to acknowledge by signature receipt of a copy of this Order and that the

defendant will report as ordered to the facility named above.

**ENTERED** this the _2_ day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Document entered on the docket sheet in compliance
with 55 and/or 32(b) FRCrP on 11-3-05



## ACKNOWLEDGMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

Signed and acknowledged before me on _____

_____          _____

**Clerk/Deputy Clerk**                    **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 223 in case 2:97-CR-20239 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT